AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

EDWARD E. SEELY #83449,

      Plaintiff,                    JUDGMENT IN A CIVIL CASE

V.

                                   CASE NUMBER:  **3:11-cv-00127-LRH-RAM**

BUILDING SOLUTIONS, INC.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice for failure to state a claim for which relief may be granted.

| | |
|---|---|
|  May 13, 2011 | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/  M. Campbell |
| | Deputy Clerk |